UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

LORICA L. STOCK,

              Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

              Defendant.

NO.  CV-10-130-CI

**JUDGMENT IN A
  CIVIL CASE**

**DECISION BY THE COURT:**

      This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that:

      Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**.   Judgment is entered for Defendant.

      DATED: July 14, 2011

                         JAMES R. LARSEN
                         District Court Executive/Clerk

                         s/ L. Stejskal
                         Deputy Clerk